JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EARL WASHINGTON, JR.,<br><br>Petitioner<br><br>v.<br><br>MONTGOMERY, Warden,<br><br>Respondent. | Case No. 5:18-cv-01624-JGB (GJS)<br><br>**JUDGMENT** |

Pursuant to the Court's Order Accepting Findings and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED THAT this action is dismissed with prejudice.

DATE:  March 31, 2020

JESUS G. BERNAL
UNITED STATES DISTRICT JUDGE